**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donald L Bullock<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4458<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Ginnifer M Bullock<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6913<br>EIN  __–_____ |

United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA

Case number:  23–22219–GLT

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donald L Bullock                                    Ginnifer M Bullock
                                                    fka Ginnifer M. Winczowski

4/3/24                                              **By the court:** Gregory L Taddonio
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22219-GLT |
| Donald L Bullock | Chapter 7 |
| Ginnifer M Bullock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 03, 2024 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald L Bullock, Ginnifer M Bullock, 210 Oakview Drive, Ligonier, PA 15658-8752 |
| 15648654 | + | Excela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15648660 | + | IRMC Physician Group, 640 Kolter Drive, Indiana, PA 15701-3570 |
| 15648659 | + | Indiana Regional Medical Center, 835 Hospital Rd, PO Box 788, Indiana, PA 15701-0788 |
| 15648671 | + | PNC Homeowners Assist., PO Box 1820, Dayton, OH 45401-1820 |
| 15648667 | + | Patenaude & Felix, APC, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15648672 | + | Southern Credi Adjusters, PO Box 2764, Rocky Mount, NC 27802-2764 |
| 15648673 | + | Southern Credit Adjusters, PO Box 2764, Rocky Mount, NC 27802-2764 |
| 15648677 | + | Westmoreland Emerg Med Specialists, PO Box 1910, Greensburg, PA 15601-6910 |
| 15648678 | + | Zwiicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 04 2024 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 04 2024 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2024 00:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15648648 | ^ | MEBN | Apr 04 2024 00:07:14 | ARstrat, PO Box 33720, Detroit, MI 48232-3720 |
| 15648651 | | EDI: CAPITALONE.COM | Apr 04 2024 04:08:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15648649 | | EDI: CAPITALONE.COM | Apr 04 2024 04:08:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15648652 | + | Email/Text: ebn@carepayment.com | Apr 04 2024 00:13:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 15648656 | | Email/Text: SAABankruptcy@fcbanking.com | Apr 04 2024 00:13:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 15648657 | + | Email/Text: SAABankruptcy@fcbanking.com | | |

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 03, 2024 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 04 2024 00:13:00 | First Commonwealth Bank, Consumer Special Assets Department, 654 Philadelphia Street, Indiana, PA 15701-3930 |
| 15648658 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 04 2024 00:13:00 | Hyundai Capital America, 4000 MacArthur Blvd, Newport Beach, CA 92660-2516 |
| 15648653 | | EDI: JPMORGANCHASE | Apr 04 2024 04:08:00 | Chase Amazon, PO Box 15123, Wilmington, DE 19850-5123 |
| 15648661 | | EDI: JPMORGANCHASE | Apr 04 2024 04:08:00 | JPMCB - Card Services, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 15648662 | + | Email/Text: bankruptcynotices@keybridgemed.com | Apr 04 2024 00:13:00 | Key Bridge Med Rev care, 2348 Baton Rouge Avenue, Lima, OH 45805-1167 |
| 15648664 | + | EDI: LENDNGCLUB | Apr 04 2024 04:08:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15648663 | + | EDI: LENDNGCLUB | Apr 04 2024 04:08:00 | Lending Club, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 15648665 | | EDI: SYNC | Apr 04 2024 04:08:00 | Lowes - Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15648666 | + | EDI: SYNC | Apr 04 2024 04:08:00 | Lowes - Synchrony Bank, PO Box 669807, Dallas, TX 75266-0759 |
| 15648668 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 00:13:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15648670 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 00:13:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176 |
| 15648674 | | EDI: SYNC | Apr 04 2024 04:08:00 | Synchrony Bank, PO Box 71726, Philadelphia, PA 19176-1726 |
| 15648676 | | EDI: WTRRNBANK.COM | Apr 04 2024 04:08:00 | TD Bank USA/Target Credit, PO Box 660170, Mail Stop NCD-0450, Dallas, TX 75266-0170 |
| 15648675 | | EDI: WTRRNBANK.COM | Apr 04 2024 04:08:00 | Target National Bank, c/o Target Credit Services, PO Box 1581, Minneapolis, MN 55440-1581 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15648650 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15648655 | *+ | Excela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15648669 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 03, 2024 | Form ID: 318 | Total Noticed: 31 |

Date: Apr 05, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Brian P. Cavanaugh
on behalf of Debtor Donald L Bullock bcavanaugh@tdc-law.com bpcsecretary@greensburglaw.com

Brian P. Cavanaugh
on behalf of Joint Debtor Ginnifer M Bullock bcavanaugh@tdc-law.com bpcsecretary@greensburglaw.com

Charles O. Zebley, Jr.
on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6